To Abel-Acosta, Clerk
of the Court of Criminal Appeals
of Texas

83,870-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

(Finnis Davis II)
Tr. Ct. NO. C-396-010409-1199412-A

WR-83,870-01

Applicant is requesting a "Docket-Sheet call" on his Appication for 11.07 writ of Habeas Corpus that was received on 9/10/2015 and presented to the Honorable court. Your asst in this matter is grealty Appericate

Finnis Davis II

McConnell Unit-TDC-1774538
3001 S Emily Dr
Beeville Tx 78102

10-9-15